```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| AUTOMOTIVE RENTALS, INC., | 1:17-cv-3877 (NLH/KMW) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| BAMA COMMERCIAL LEASING LLC and AUTO TRAKK LLC, | |
| Defendants. | |

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   26th   day of    March    , 2018

**ORDERED** that Plaintiff's Motion for Default Judgment [14] is hereby **GRANTED**.


At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.